Cite as 2021 Ark. 20

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT CRIMINAL PRACTICE COMMITTEE | **Opinion Delivered:** February 4, 2021 |

## PER CURIAM

Kolby Harper, Esq., of Saline County and Lee Short, Esq., of North Little Rock are reappointed to the Arkansas Supreme Court Criminal Practice Committee for three-year terms to expire January 31, 2024. The Court thanks Ms. Harper and Mr. Short for their willingness to continue serving on this important committee.

The Honorable Carlton Jones of Texarkana is appointed as Chair of the Arkansas Supreme Court Criminal Practice Committee for a three-year term to expire on January 31, 2024. The Honorable Chris Thyer of Jonesboro, Tammy Harris, Esq., of Heber Springs, Misty Wilson Borkowski, Esq., of Little Rock, and Prosecuting Attorney Tim Blair of Lonoke are also appointed to the Arkansas Supreme Court Criminal Practice Committee for three-year terms to expire January 31, 2024. The Court extends its appreciation to these new members for their willingness to serve.

The Court expresses its gratitude to the Honorable John Fogleman of Marion as Chair, the Honorable Don McSpadden of Batesville, Prosecuting Attorney Daniel Shue of Fort Smith, Professor Tiffany Murphy of Fayetteville, and Darnisa Johnson, Esq., of Little Rock, whose terms have expired, for their years of valuable committee service.